**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 23, 2023

Ms. Ashley Allison Barbone
Mr. Benjamin Michael Flowers
Ms. Mathura Jaya Sridharan
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street
Columbus, OH 43215

Mr. Matthew D. Besser
Ms. Cathleen M. Bolek
Law Office
5885 Landerbrook Drive
Suite 302
Cleveland, OH 44124

                    Re:  Case No. 22-3795/23-3043/23-3081, *Aaron Ogletree v. Cleveland State University, et al*
                         Originating Case No. : 1:21-cv-00500

Dear Counsel,

   Briefing in this case will be held in abeyance pending further order of the court. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                              Sincerely yours,

                              s/Jennifer A. Strobel
                              Case Manager
                              Direct Dial No. 513-564-7019