No. 22-3795

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 4, 2023
KELLY L. STEPHENS, Clerk

AARON M. OGLETREE,

    Plaintiff-Appellee [22-3795, 23-3043],
    Plaintiff Appellee Cross-Appellant [23-3043, 23-3081],

v.

LAURA BLOOMBERG, President of Cleveland State University, et al.,

    Defendants-Appellants [22-3795, 23-3043]
    Defendants Appellants Cross Appellees [23-3043, 23-3081].

Before: GILMAN, BUSH, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion for vacatur is GRANTED, and that this matter is REMANDED to the district court.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk